UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
               [CAPTION]          **JOINT PRETRIAL ORDER**

                                         CV-__-____ (BMC)
------------------------------------------------------------X

       The parties having conferred among themselves and with the Court pursuant to Federal Rule of Civil Procedure 16, the following statements, directions and agreements are adopted as the Pretrial Order herein.

**Full Caption of the Action**

**Trial Counsel**

       Names, addresses (including firm names), e-mail addresses and telephone and fax numbers of trial counsel.

**Jurisdiction**

       Brief statement by plaintiff as to the basis of subject matter jurisdiction and a brief statement by each other party as to the presence or absence of subject matter jurisdiction. Such statements shall include citations to all statutes and cases relied on and relevant facts as to citizenship and jurisdictional amount.

**Claims and Defenses to be Tried**

       Brief summary of the claims and defenses to be tried, without recital of evidentiary matter but including citations to the relevant portions of the complaint as well as all statutes and cases relied on. Include a statement of any claims, defenses or counterclaims that have been disposed of by motion, stipulation/settlement or that otherwise will not be pursued at trial.

**Jury/Non-Jury**

       Statement as to whether the case is to be tried with or without a jury, and the estimated number of total trial days.

**Trial Before Magistrate Judge**

       Statement as to whether or not all parties consent to trial by a Magistrate Judge, without identifying which parties have or have not so consented.

**Stipulations**

Any stipulations or agreed statements of fact or law.

**Witnesses**

A list of witnesses intended to be called, with a brief summary of each witness' relation to the case and intended testimony. In addition, a table listing the basis for any objection to a witness' testimony. The table may look like this:

| Witness Name | Objection | Basis for Objection |
|---|---|---|
| John Doe | Hearsay | Explanation of objection, if any. |

**Deposition Transcripts**

A table containing a list of the precise portions of deposition transcripts actually intended to be introduced at trial, together with any cross-designations or objections by any other party. (If voluminous, this portion of the submission may be made after the pretrial conference, on a date set at the conference.)

**Exhibits**

A table containing a list of exhibits intended to be offered, and any objections. The table should also indicate exhibits to which no party objects on grounds of authenticity and exhibits to which no party objects on any grounds. All exhibits must be pre-marked in the order in which they are expected to be used (using numerals for plaintiff's exhibits and letters for defendant's exhibits). (If voluminous, this portion of the submission may be made after the pretrial conference, on a date set at the conference.) The table may look like this:

| Exhibit | Objection | Basis for Objection |
|---|---|---|
| 1. John Doe's employment record | Hearsay | Explanation for objection, if any. |

**Relief Sought**

**SO ORDERED.**

Dated: Brooklyn, New York
      February __, 2007

                                              U.S.D.J.